JUDGE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSE PRADO-GARCIA,<br><br>    Defendant. | NO. CR09-5071RJB<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND INDICTMENT DEADLINE |

Upon stipulation of the parties to continue the speedy indictment time to allow counsel to continue to investigate and negotiate this case, and upon the defendant's Waiver of Right to Speedy Indictment, the Court finds that such a continuance would serve the ends of justice, and that the failure to grant such continuance in this case would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, therefore,

//
//
//
//
//

ORDER GRANTING STIPULATED MOTION
TO EXTEND INDICTMENT DEADLINE  – 1

IT IS HEREBY ORDERED that the time to file an indictment be continued to May 1, 2009. The period of delay resulting from this continuance from February 28, 2009 , to May 1, 2009, is hereby excluded for speedy trial purposes under 18 U.S.C. §3161(h)(8)(A) and (B).

DONE this 25th day February, 2009.

*(signature)*
JUDGE ROBERT J. BRYAN
UNITED STATES DISTRICT COURT JUDGE

Presented by:

/s/   Colin Fieman
Colin Fieman
Attorney for Defendant


/s/   John Odell
John Odell
Assistant United States Attorney

ORDER GRANTING STIPULATED MOTION
TO EXTEND INDICTMENT DEADLINE    – 2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**